CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUL 26 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Bright
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FERN DUMIRE, for M.R., a minor child, ) | |
| ) | Civil Action No. 7:06CV00444 |
| Plaintiff, ) | |
| ) | |
| v. ) | **FINAL JUDGMENT AND ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | By:  Hon. Glen E. Conrad |
| ) |      United States District Judge |
| Defendant. ) | |

For reasons stated in a Memorandum Opinion filed this day, it is now

ADJUDGED AND ORDERED

as follows:

1. Plaintiff's objections to the United States Magistrate Judge's Report and Recommendation filed on May 25, 2007 shall be, and hereby are, overruled;

2. The Report and Recommendation filed by the Magistrate Judge shall be, and hereby is, adopted in its entirety;

3. The Commissioner's final decision denying the underlying application for child supplemental security income benefits shall be, and hereby is, affirmed; and

4. This case shall be stricken from the active docket of the court.

The Clerk is directed to send certified copies of this Judgment and Order to all counsel of record.

ENTER: This 26th day of July, 2007.

/s/ Glen E. Conrad
United States District Judge